IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY NICKS,                            No. CIV.S-06-1724 GEB DAD PS

      Plaintiff,

  v.                                    ORDER

COMPUSA and AMERICAN HOME ASSURANCE,

      Defendants.
_____/

       By order filed August 16, 2006, plaintiff was directed to show cause in writing why the court should not dismiss this action for lack of subject matter jurisdiction.  Plaintiff timely responded to that order by filing both an amended complaint and a response to the order to show cause.  In his response plaintiff indicates that he is suing his former employer; its workers' compensation insurance carrier; and the California Workers' Compensation Appeals Board for the alleged violation of his federal civil rights.  Therefore, while the court expresses no opinion as to the ultimate sufficiency of

1

1 plaintiff's amended complaint (Doc. no. 6) or merits of this action,
2 it appears at this stage of the proceedings that the court does have
3 subject matter jurisdiction over this civil rights action.
4        Accordingly, IT IS HEREBY ORDERED that the order to show
5 cause filed August 16, 2006, is discharged.
6 DATED: September 13, 2006.

```
                               _____
                               DALE A. DROZD
                               UNITED STATES MAGISTRATE JUDGE
```

10 DAD:th
Ddadl\orders.prose\nicks1724.osc.discharge

2