IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY NICKS,   No. CIV.S-06-1724 GEB DAD PS

      Plaintiff,

  v.   <u>ORDER</u>

COMPUSA and AMERICAN HOME ASSURANCE,

      Defendants.
_____/

      Plaintiff, proceeding in this action pro se, initiated the above-entitled action by paying the appropriate filing fee and filing a complaint on August 4, 2006.  This proceeding was referred to this court by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

      The following matters are currently set for hearing before the undersigned on the dates indicated:  Defendant American Home Assurance Company's motions to dismiss and for a more definite statement on November 3, 2006;  Defendant CompUSA, Inc.'s motion to dismiss on November 3, 2006; a Status (Pretrial Scheduling)

1

Conference on November 17, 2006; and Defendant Workers' Compensation Appeals Board's motion to dismiss on December 1, 2006.  To conserve judicial resources and for the convenience of the parties, IT IS HEREBY ORDERED that:

    1.  The motions and status conference identified herein are hereby all **SET** for hearing on **December 1, 2006, at 10:00 a.m.**, in Courtroom 27 before the undersigned magistrate judge;

    2.  Any party may arrange telephonic appearance by contacting Pete Buzo at (916) 930-4128; and

    3.  The November 3 and 17, 2006, hearing dates are hereby vacated.

DATED: October 31, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddadl\orders.prose\nicks1724.hearing